IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DERRICK DAVIS                                                      PLAINTIFF

v.                                No. 4:21-cv-763 JM

CITY OF LITTLE ROCK; KENTON BUCKNER,
Individually and in his official capacity; MARK
ISON; ROBERT BELL, individually,
ZACHARY HARDMAN, individually                        DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

IT IS SO ORDERED this 3rd day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE